IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01142-BNB

TIMOTHY S. TUTTAMORE,

Applicant,

v.

WARDEN BLAKE R. DAVIS,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 16 2010

GREGORY C. LANGHAM
CLERK

---

ORDER TO FILE SECOND PRELIMINARY RESPONSE

---

On June 22, 2010, the Court ordered Respondents to file a Preliminary Response to the Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 that Applicant, Timothy S. Tuttamore, filed on June 17, 2010. Respondents filed the Preliminary Response on July 13, 2010. The next day, on July 14, 2010, Mr. Tuttamore filed another Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 that is similar but not identical to the amended application he filed on June 17.

Therefore, as part of the preliminary consideration of the Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 filed on July 13, 2010, in this case and pursuant to **Redmon v. Wiley**, 550 F. Supp. 2d 1275 (D. Colo. 2008), the Court has determined that a second limited Preliminary Response is appropriate. Respondent is directed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts to file a second Preliminary Response limited to addressing the affirmative defense of exhaustion of administrative remedies. If

Respondent does not intend to raise this affirmative defense, Respondent must notify the Court of that decision in the second Preliminary Response. Respondent may not file a dispositive motion as a second Preliminary Response, or an Answer, or otherwise address the merits of the claims in response to this Order.

In support of the second Preliminary Response, Respondent should attach as exhibits copies of any administrative grievances Applicant has filed raising the issues asserted in the Application, as well as any responses to those grievances. Applicant may reply to the second Preliminary Response and provide any information that might be relevant to his efforts to exhaust administrative remedies. Accordingly, it is

ORDERED that **within twenty-one (21) days from the date of this Order** Respondent shall file a second Preliminary Response that complies with this Order. It is

FURTHER ORDERED that **within twenty-one (21) days of the filing of the Preliminary Response** Applicant may file a Reply, if he desires. It is

FURTHER ORDERED that if Respondent does not intend to raise the affirmative defense of exhaustion of administrative remedies, Respondent must notify the Court of that decision in the second Preliminary Response.

DATED July 16, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 10-cv-01142-BNB

Timothy S. Tuttamore
Reg No. 43018-060
US Penitentiary ADX
P.O. Box 8500
Florence, CO 81226

Amy L. Padden
Assistant United States Attorney
**DELIVERED ELECTRONICALLY**

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/16/10.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk