IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01142-BNB

TIMOTHY S. TUTTAMORE,

    Applicant,

v.

WARDEN BLAKE R. DAVIS,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the document titled "Motion to Repair" (Doc. No. 19) submitted on July 22, 2010, by Applicant, Timothy S. Tuttamore. Applicant's request In paragraph #5 of Doc. No. 19 is DENIED. Any documents filed by Mr. Tuttamore containing the Civil Action No. 10-cv-01142-BNB will be docketed in this action. Mr. Tuttamore is responsible for filing documents in the correct action by putting the appropriate case number on each document filed.

    Furthermore, Applicant's request In paragraph #6 of Doc. No. 19 for a second preliminary response is DENIED unnecessary.

Dated: August 9, 2010